
FILED
John E. Triplett, Acting Clerk
United States District Court

By casbell at 1:50 pm, Aug 11, 2020

# In the United States District Court
# For the Southern District of Georgia
# Waycross Division

| | | |
|---|---|---|
| JUAN BARRERA-GUANARITA, | * | |
| | * | |
| Petitioner, | * | CIVIL ACTION NO.: 5:19-cv-81 |
| | * | |
| v. | * | |
| | * | |
| TRACY JOHNS, | * | |
| | * | |
| Respondent. | * | |

### O R D E R

After an independent and de novo review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation. Dkt. No. 13. Petitioner Juan Barrera-Guanarita ("Barrera-Guanarita") did not file Objections to this Report and Recommendation.

Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court, **GRANTS** Respondent's Motion to Dismiss, **DENIES** Barrera-Guanarita's 28 U.S.C. § 2241 Petition, **DIRECTS** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment of dismissal, and **DENIES**

Barrera-Guanarita *in forma pauperis* status on appeal.

**SO ORDERED**, this ____11____ day of ____August____, 2020.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA