AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

FILED
John E. Triplett, Acting Clerk
United States District Court
By MGarcia at 1:51 pm, Aug 12, 2020

JUAN BARRERA-GUANARITA,

Petitioner,

v.

TRACY JOHNS,

Respondent.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV519-81

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Order of this Court entered on 8/11/20, the Report and Recommendation of the Magistrate Judge is ADOPTED as the opinion of this Court. Therefore, the Respondent's motion to dismiss is GRANTED, Petitioner's 2241 petition is DENIED, and Petitioner is DENIED in forma pauperis status on appeal. This case stands closed.

Approved by: _____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

August 12, 2020
Date

John E. Triplett, Acting Clerk
Clerk

*Candy Asbell*
(By) Deputy Clerk



GAS Rev 10/1/03